# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 15-11758  
**Case Name:** DUCKETT, TOM  
DUCKETT, MICHELLE  

**For Period Ending:** 06/30/2022

**Trustee Name:** (510070) Edward Mazel  
**Date Filed (f) or Converted (c):** 05/02/2017 (c)  
**§ 341(a) Meeting Date:** 05/30/2017  
**Claims Bar Date:** 10/02/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 2400 E. Aztec Ave Gallup, NM (See Footnote) | 500,000.00 | 462,817.28 | | 219,185.42 | FA |
| 2* | 402 Calle Pinon Gallup, NM<br>402 Calle Pinon Gallup, NM (See Footnote) | 100,000.00 | 0.00 | | 0.00 | FA |
| 3* | 3318 Ciniza Drive Gallup, NM<br>3318 Ciniza Drive Gallup, NM (See Footnote) | 150,000.00 | 0.00 | | 0.00 | FA |
| 4* | 101 Speedway Dr, Gallup, NM<br>101 Speedway Dr, Gallup, NM (See Footnote) | 275,000.00 | 220,057.49 | | 56,282.14 | FA |
| 5* | 19.995 Acres Cousins Road Vanderwagon, NM (See Footnote) | 50,000.00 | 0.00 | | 16,500.00 | FA |
| 6* | Block 2, Boardman Gallup, NM<br>Block 2, Boardman Gallup, NM (See Footnote) | 100,000.00 | 80,523.95 | | 0.00 | FA |
| 7* | 2001 Chrysler PT Cruiser<br>2001 Chrysler PT Cruiser (See Footnote) | 3,000.00 | 1,651.00 | | 0.00 | FA |
| 8* | 1966 Chevrolet Impala (u)<br>1966 Chevrolet Impala<br>Location: Tom's Auto Sales (See Footnote) | 10,550.00 | 10,550.00 | | 0.00 | FA |
| 9* | 2006 Nissan Altima (u)<br>2006 Nissan Altima<br>Location unknown (See Footnote) | 6,250.00 | 6,250.00 | | 0.00 | FA |
| 10* | 2014 Chevrolet Impala (u)<br>2014 Chevrolet Impala<br>Location: Tom's Auto Sales (See Footnote) | 22,350.00 | 22,350.00 | | 0.00 | FA |
| 11* | 2003 Ford Focus (u)<br>2003 Ford Focus<br>Location unknown (See Footnote) | 3,150.00 | 3,150.00 | | 0.00 | FA |
| 12* | 1990 BBB Flatbed Truck (u)<br>1990 BBB Flatbed Truck<br>Location unknown (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13* | 2008 Chrysler PT Cruiser (u)<br>2008 Chrysler PT Cruiser<br>Location: Gallup Auto Detail (See Footnote) | 2,670.00 | 2,670.00 | | 0.00 | FA |
| 14* | HOUSEHOLD GOODS AND FURNISHING<br>House Hold goods and furniture (See Footnote) | 4,000.00 | 0.00 | | 0.00 | FA |
| 15* | COLLECTIBLES OF VALUE<br>Diner Memorabilia (See Footnote) | 4,000.00 | 0.00 | | 0.00 | FA |
| 16* | FIREARMS (See Footnote) | 600.00 | 0.00 | | 0.00 | FA |
| 17* | CLOTHES (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 18* | FURS AND JEWELRY (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |

| Case No.: | 15-11758 | | Trustee Name: | (510070) Edward Mazel |
|---|---|---|---|---|
| Case Name: | DUCKETT, TOM<br>DUCKETT, MICHELLE | | Date Filed (f) or Converted (c): | 05/02/2017 (c) |
| | | | § 341(a) Meeting Date: | 05/30/2017 |
| For Period Ending: | 06/30/2022 | | Claims Bar Date: | 10/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property Formally**<br>**Abandoned**<br>**OA=§554(a)**<br>**abandon.** | **Sale/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 19* | DEPOSITS OF MONEY (u)<br><br>Debtor-in-Possession Bank Accounts, Wells Fargo ####3109, ####4175, ####5467 (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 20* | INTERESTS IN INSURANCE POLICIES<br><br>American National Insurance<br>Galveston, TX<br>Death Benefit<br>100K (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21* | BUSINESS INTERESTS (u)<br><br>Debtors' ownership interest in Gallup Auto Detailing, Inc. (See Footnote) | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 22* | BUSINESS INTERESTS<br><br>Debtors' possible ownership interests in Tom's Auto Sales (See Footnote) | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 23* | RECOVERY OF FRAUDULENT POST-PETITION TRANSFERS (u)<br><br>Possible Post-petition transfer: Payoff of default judgment arising from Metropolitan Court lawsuit by Cecil B. Wilson Paving Co., Inc., v. Tom Duckett; Case T4-CV-2014-12746 (See Footnote) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 24* | RECOVERY OF UNAUTHORIZED POST-PETITION TRANSFERS (u)<br><br>Possible recovery of post-petition transfers: fraudulent use of funds from Wells Fargo DIP Account (See Footnote) | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 25* | BUSINESS LICENSE<br><br>Business License (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 26* | RECOVERY OF UNAUTHORIZED POST-PETITION TRANSFERS (u)<br><br>Possible recovery of Sect. 549 post-petition transfers collection of rents on rental properties (See Footnote) | Unknown | 1.00 | | 0.00 | FA |
| 27* | DEPOSITS OF MONEY<br><br>One or more bank accounts held at Gallup State Bank; Possibly scheduled on Original Schedules as the following:<br>Checking for Gallup Detail #0422<br>Checking for Aurelia's #0414 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 28 | Cash on Hand | 2,000.00 | 0.00 | | 0.00 | FA |
| 29 | 2010 GMC Yukon (u)<br><br>Asset added by Amendment dated 7/28/15 | 14,500.00 | 14,500.00 | | 0.00 | FA |
| 30 | 2502 East Highway 66, Gallup NM (u)<br><br>Asset added by Amendment dated 7/28/15 | 300,000.00 | 158,523.95 | | 0.00 | FA |
| 31 | 2712 West Highway 66, Gallup NM (u)<br><br>Asset added by Amendment dated 7/28/15 | 200,000.00 | 0.00 | | 0.00 | FA |
| 32 | 2720 West Highway 66, Gallup NM (u)<br><br>Asset added by Amendment dated 7/28/15 | 150,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

Case No.: 15-11758  
Case Name: DUCKETT, TOM  
DUCKETT, MICHELLE  
For Period Ending: 06/30/2022

Trustee Name: (510070) Edward Mazel  
Date Filed (f) or Converted (c): 05/02/2017 (c)  
§ 341(a) Meeting Date: 05/30/2017  
Claims Bar Date: 10/02/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 33 | 2800 West Highway 66, Gallup NM (u)<br>Asset added by Amendment dated 7/28/15 | 200,000.00 | 0.00 | | 0.00 | FA |
| 34 | Office Supplies (u)<br>Asset added by Amendment dated 7/28/15 | 1,000.00 | 0.00 | | 0.00 | FA |
| 35 | 2009 Toyota Camry (u)<br>Asset added by Amendment dated 7/28/15 | 6,000.00 | 2,499.00 | | 0.00 | FA |
| 36 | 2001 GMC Yukon (u)<br>Asset added by Amendment dated 7/28/15 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 37 | 1968 Pontiac Firebird (u)<br>Asset added by Amendment dated 7/28/15 | 6,000.00 | 3,500.00 | | 0.00 | FA |
| 38 | 1995 Nissan Pickup (u)<br>Asset added by Amendment dated 7/28/15 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 39* | Checking Acct for Aurelia's #0414 (u)<br>Asset added by Amendment dated 7/28/15 (See Footnote) | 230.00 | 0.00 | | 0.00 | FA |
| 40 | FFCU Checking #9147 (u)<br>Asset added by Amendment dated 7/28/15 | 13.28 | 0.00 | | 0.00 | FA |
| 40 | **Assets Totals (Excluding unknown values)** | **$2,748,813.28** | **$1,623,544.67** | | **$291,967.56** | **$0.00** |

RE PROP# 1  12.1.17 Order approving settlement with debtors entered, Doc. 281; Ttee will remove listing; debtors will keep this property insured for at lest $250K. Initial payment due $50,000 by Jan 15, 2018; thereafter $6,750 due on the 15 of each month until creditors will be paid in full  
11.2.17 Ttee reaches agreement with debtors concerning this property. Ttee will remove the listing for this property and grants debtors continued access to property; Debtors to maintain $250K insurance on property with Ttee as loss payee and certificate holder: agreement also covers the "Boardman" property, see Asset No. 6 (See Doc. 277 for Mtn to Approve Settlement)  
10.25.17 Per Amd Schedules: debtor's property valuation kept to $500K; allowed exemption $17,706.72  
6.5.17 Ttee to hire realtor to sell this property listing price $250,000  
5.2.17 Listed asset should be 2400 E. Aztec Rd., Gallup, NM: Debtors REMOVED this property from Sch A in their amendment (Doc. 31); however Ttee determines this real estate is property of the estate and so it remains in this list;may be encumbered by federal tax lien; Auto detailing shop (Gallup Auto Detailing)

RE PROP# 2  8.3.17 Stay lifted per Default Order doc. 241  
6.23.17 Mtn to Lift Stay filed by Ditech, Doc. 219; DL Obj 7.17.17  
5.2.17 This is a rental property on which debtors appear to collect rents  
5.2.17 Ttee investigating property

RE PROP# 3  7.27.17 Order granting stay relief entered, Doc. 236  
6.26.17 Shellpoint Mtg for MTGLQ Investors have moved to lift stay on debtors' residence; DL Objections 7.17.17  
5.2.17 Ttee investigating property; debtors' residence

RE PROP# 4  12.1.17 Order approving settlement with debtors entered, Doc. 281; under agreement this property will continue to market and sell this property  
11.2.17 Ttee will market and attempt to sell this property  
8.14.17 Recommended that property be placed for auction; difficult location, damage, thefts  
6.28.17 Ttee to sell this property  
5.2.17 Ttee investigating property; vacant rental property  
From original schedules

RE PROP# 5  12.1.17 Order approving settlement with debtors entered, Doc. 231; under the agreement, Ttee will continue to market and sell this property  
6.28.17 Ttee to sell this property  
5.2.17 Ttee investigating property  
From Original Schedules and Amendment Doc. 31

| | | | |
|---|---|---|---|
| Case No.: | 15-11758 | Trustee Name: | (510070) Edward Mazel |
| Case Name: | DUCKETT, TOM<br>DUCKETT, MICHELLE | Date Filed (f) or Converted (c): | 05/02/2017 (c) |
| | | § 341(a) Meeting Date: | 05/30/2017 |
| For Period Ending: | 06/30/2022 | Claims Bar Date: | 10/02/2017 |

| | |
|---|---|
| RE PROP# 6 | 12.1.17 Order approving settlement with debtors entered, Doc. 281 (See Asset 1); this property adjoins Aztec<br>11.2.17 Ttee reaches agreement with debtors concerning this property. Ttee will remove the listing for this property and grants debtors continued access to property; Debtors to maintain $250K insurance on property with Ttee as loss payee and certificate holder: agreement also covers the "Boardman" property, see Asset No. 6 (See Doc. 277 for Mtn to Approve Settlement)<br>5.2.17 Ttee investigating property; vacant land<br>From Original Schedules |
| RE PROP# 7 | 5.12.17 Ttee investigating value |
| RE PROP# 8 | 5.13.17 Unscheduled; Ttee investigating |
| RE PROP# 9 | 5.13.17 Unscheduled; Ttee investigating value |
| RE PROP# 10 | 5.13.17 Unscheduled; Ttee investigating value |
| RE PROP# 11 | 5.13.17 Unscheduled; Ttee investigating |
| RE PROP# 12 | 5.13.17 Unscheduled; Ttee investigating value |
| RE PROP# 13 | 5.13.17 Unscheduled; Ttee investigating value |
| RE PROP# 14 | 5.13.17 From Original Schedules |
| RE PROP# 15 | 5.13.17 from Original Schedules |
| RE PROP# 16 | 5.13.17 From Original Schedules |
| RE PROP# 17 | 5.13.17 From Original Schedules |
| RE PROP# 18 | 5.13.17 From Original Schedules |
| RE PROP# 19 | 5.13.17 Ttee investigating disposition of funds from DIP Accounts |
| RE PROP# 20 | 5.13.17 no cash value |
| RE PROP# 21 | 5.13.17 Unscheduled Debtors' ownership percentage unknown; land on which Gallup Auto Detailing Inc is located is valued at $500,000; Ttee investigating |
| RE PROP# 22 | 5.13.17 Originally scheduled and removed from scheduled by Amendment, however Ttee believes debtors' may be continuing to operate this business; debtors' percentage of ownership unknown; Ttee investigating |
| RE PROP# 23 | 5.13.17 Ttee investigating; value of payment estimated |
| RE PROP# 24 | 5.13.17 Ttee investigating fraudulent use of funds from DIP Bank Account |
| RE PROP# 25 | 5.13.17 From Original Schedules |
| RE PROP# 26 | 5.13.17 Ttee investigating |
| RE PROP# 27 | 6.19.17 Ttee investigating; preparing demand and/or mtn for 2004 Exam of Gallup State Bank |
| RE PROP# 39 | Gallup/Grants State Bank, 1600 Easy Highway 66, Gallup, NM |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-11758  
**Case Name:** DUCKETT, TOM  
DUCKETT, MICHELLE  

**For Period Ending:** 06/30/2022

**Trustee Name:** (510070) Edward Mazel  
**Date Filed (f) or Converted (c):** 05/02/2017 (c)  
**§ 341(a) Meeting Date:** 05/30/2017  
**Claims Bar Date:** 10/02/2017

**Major Activities Affecting Case Closing:**

7.18.22  Wait for time to run on A&Ws fee App and proceed to filing a TFR.
7.13.22  Askew & White filed their 3rd and Final Fee Application.
4.7.22   TTEE filed a Final application and NOD for Compensation for CliftonLarsonAllen, PPC, Trustee's Accountant.  Order entered 5/9/2022.
3.25.22  Checks re-issued to the IRS and mailed.
3.21.22   IRS checks need to be re-issued and mailed to the IRS.  Email the accountant to get information on where to mail the checks.
12.31.21  Accountant working out issues with the 2017 Estate Tax Returns.  POAs signed.
11.10.21  2016, 2017, 2018, 2019 and 2020 Estate Tax returns were mailed by certified mail/return receipt.
11.10.21  Order entered Granting TTEEs Mtn to Pay Admin Taxes.
11.5.21 TTEE filed a First Interim Fee Application for the Accountant, CliftonLarsonAllen LLP.  Order entered 12/3/2021.  Check disbursed on 12/6/2021.
11.5.21  Askew & White filed their 2nd Interim Fee Application.  Order entered 12/2/2021.  Check disbursed on 12/6/2021.
10.6.21  Taxes are ready to be mailed.  Filed Motion to Pay Admin Taxes.  Wait for order to be entered and mail taxes by certified mail. Order entered 11/10/20221.
6.15.21 Working through tax issues with CPA
5.31.21 Electronic correspondence w/ttee atty to follow up with UST and move forward with taxes
5.21.21 Deed on property mailed to M. Duckett
4.19.21 Working on Taxes
3.25.21 Working on taxes
1.13.21 Mtn for Approval of Forbearance Agree with Debtor, M. Duckett
11.14.20 Working on tax returns
10.30.20 W9, Form 1 and 2 to Accountant
8.5.20 order approving settlement with Duckett
8.5.20  claims 18, 17 withdrawn
7.29.20-8.7.20  claim objections filed to claims 3, 8, 12, 13, 14, 16, 32, 17, 18, 24, 28, 30.
6.17.20 Mtn to Approve compromise with debtors for $90k to buy back equity in Aztec property
5.25.20 Find broker and sell
5.19.20 Took possession of Gallup property
4.23.20  trustee files response
3.27.20  duckett files motion to stay eviction
3.16.20  order resulting from emergency hearing entered.
2.5.20   stipulated judgment entered in state court action.
1.16.20 Order entered approving 3rd forbearance agreement
11.16.19 Motion to Cure filed by debtor. 12/9/19 PH
11.7.19 Complaint for Ejection filed
7.8.19 Rpt of Auction and Sale of Vanderwagen Property Filed by TTEE
6.18.19 Objection to Claim 11 in the amount of $2,045.79 by Claimant McKinley County Treasurer Filed by TTEE. DL to file Objecitons 7.21.19. 7/27/19 Order Sustaining TTEE Objection.
5.3.19 Request for Hearing filed by TTEE,  Request for hearing for cure on a forbearance agreement with TTEE, Hearing Scheduled 6/10/19 at 9:00am. Order entered 6.24.19 for cure on second forbearance agreement.
3.21.19  D. White sent a letter to the Debtors that they are in default under the 2nd Forbearance Agreement in the amount of $7K.  TTEE intends to proceed with enforcing the surrender of 2400 E. Aztec. Dbtrs have until 4.11.19 to surrender the property.
12.13.18 Stip Order Granting TTEEs Mtn to Approve 2nd Forbearance Agreement with Debtors Regarding Breach of Forbearance Agreement
11.28.18 Filed TTEEs Mtn & NOD to Employ: United Country-Birdsong Auction & RE Group & United Country Northern NM RE (T. Birdsong) as Auctioneer & Broker to sell Vanderwagen Property; Order entered 1/4/19
11.7.18  Filed Mtn and NOD to Approve Compromise under Rule 9019 of 2nd Forbearance Agreement with Debtors Re: Breach of Forbearance Agreement;
7.30.18 Continue to follow-up with debtors that they don't default on their agreement to make their monthly payments.

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-6

**Case No.:** 15-11758  
**Case Name:** DUCKETT, TOM  
DUCKETT, MICHELLE  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510070) Edward Mazel  
**Date Filed (f) or Converted (c):** 05/02/2017 (c)  
**§ 341(a) Meeting Date:** 05/30/2017  
**Claims Bar Date:** 10/02/2017

6.26.18 Filed TTEEs Mtn to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), AND (m), (II) Surcharge Agreement between secured Lender and the Estate, and (III) Other Relief.

4.19.18 Order Granting C7TTEEs Mtn to Approve Forbearance Agreement with Debtors Re: Breach of SA (Doc #285)

4.9.18 Filed 1st Interim Fee App for A&M, LLC; Noticed on 4/10/18; Order entered 5/9/18.

12.1.17 Order approving settlement with debtors entered, Doc. 281

11.2.17 Ttee reaches agreement with debtors concerning Aztec, Boardman, Vanderwagen, and Speedway properties (See Assets 1, 4, 5, and 6). Ttee will remove the listing for the Aztec and Boardman properties (Assets 1 and 6) and grants debtors continued access to property; Debtors are to maintain $250K insurance on property with Ttee as loss payee and certificate holder. In exchange, Debtors will pay a one-time payment of $50,000 to the estate, followed by monthly payments of $6,750 until such time as ALL claims are paid in full. Ttee will continue to market and attempt to sell Vanderwagen and Speedway properties (Assets 4 and 5) to the benefit of the estate.

10.25.17 Amendments to Sch C filed, Doc. 273. However, the large majority of the assets shown on the amendment were not in existence at the time of conversion from Ch 11 to Ch 7.

10.4.17 Judgment entered in Adv. 17-1058 denying discharge

9.21.17 Def Order Granting Mtn to Compel re 2400 E. Aztec entered, Doc. 253

9.8.17 Ttee files App to Employ Auctioneer, Mtn to Sell Speedway by Auction

8.15.17 Ttee files App to Employ Century 21 realtor to sell Cousins Rd property

8.14.17 Speedway property to be put up for auction

8.10.17 DAW seeking brokers for sale of properties

7.31.17 UST files complaint to deny dischargeability, Adv. Case No. 17-1058

7.24.17 Debtor missed deadline to provide requested documents, but is faxing same; possible purchaser for Speedway property

7.17.17 Debtors have failed to appear at all 341 meetings scheduled thus far; likely that debtors' former attorney did NOT inform them of meeting times and adjournments. Continue again to 8.14.17

6.28.17 Ttee to sell real property Speedway and Cousins Rd; debtor to amend exemptions to transfer claimed exemption from Cousins Rd to Aztec property

6.27.17 Ttee files Mtn for 2004 Exam of Wells Fargo Bank

6.5.17 Ttee to employ realtor to sell E Aztec real property

5.30.17 Debtors failed to appear for 2004 exams; failed to appear for 341 meeting; continued to 6.19.17

5.15.17 TTEE files Mtn for 2004 Exam of former debtor attorneys

5.13.17 TTEE investigating all possible assets that may have existed on date of conversion

5.10.17 Ntcs of Deposition of Tom Duckett and Michelle Duckett, with supboenae

5.5.17 Order Granting TTEE Ex Parte Emergency Mtn for Rule 2004 exam of debtors entered, Doc. 192

5.2.17 TTEE to examine debtors and debtor attorneys in order to locate and evaluate assets; it is unclear what assets remain in the estate; debtors appear to be continuing to operate businesses (auto detailing and sales) without consent or court approval

**Initial Projected Date Of Final Report (TFR):** 12/31/2018  
**Current Projected Date Of Final Report (TFR):** 08/31/2022

07/22/2022  
Date

/s/Edward Mazel  
Edward Mazel

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-11758 | Trustee Name: | Edward Mazel (510070) |
|---|---|---|---|
| Case Name: | DUCKETT, TOM | Bank Name: | Mechanics Bank |
| | DUCKETT, MICHELLE | Account #: | ******7500 Checking |
| Taxpayer ID #: | **-***5407 | Blanket Bond (per case limit): | $6,638,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/27/17 | {1} | Tom and Michelle Duckett | Partial payment per Settlement and Order Doc. 281, Asset 1, E. Aztec | 1110-000 | 10,000.00 | | 10,000.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,990.00 |
| 01/12/18 | {1} | Tom Duckett | Asset 1 Partial "Initial" Payment | 1110-000 | 8,000.00 | | 17,990.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.09 | 17,966.91 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.11 | 17,942.80 |
| 03/19/18 | {1} | Tommy Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 10,000.00 | | 27,942.80 |
| 03/19/18 | {1} | Tommy Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 5,000.00 | | 32,942.80 |
| 03/19/18 | {1} | Tommy Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 7,000.00 | | 39,942.80 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.35 | 39,906.45 |
| 04/25/18 | {1} | Tommy Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 6,750.00 | | 46,656.45 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.13 | 46,600.32 |
| 05/10/18 | 101 | Askew & Mazel, LLC | Order Granting 1st Interim Fee Application - Doc. #292 | | | 25,752.56 | 20,847.76 |
| | | Askew & Mazel, LLC | Fees $21,464.50 | 3110-000 | | | |
| | | Askew & Mazel, LLC | Expenses $4,288.06 | 3120-000 | | | |
| 05/11/18 | 102 | Trustee Resource Group | Property Insurance; Address: 101 Speedway Rd., Gallup, NM 87301; Statement No. 3373 (September 2017 thru May 2018) | 2420-000 | | 1,555.38 | 19,292.38 |
| 05/31/18 | {1} | Tommy Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 2,750.00 | | 22,042.38 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.22 | 21,990.16 |
| 06/19/18 | {1} | Tom Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 2,000.00 | | 23,990.16 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.30 | 23,958.86 |
| 07/10/18 | {1} | TOM DUCKETT | Partial payment per settlement and Order Doc #281 | 1110-000 | 6,750.00 | | 30,708.86 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.23 | 30,665.63 |
| 08/09/18 | {1} | TOM DUCKETT | Partial payment per settlement and Order Doc #281 | 1110-000 | 2,000.00 | | 32,665.63 |
| 08/09/18 | {1} | TOM DUCKETT | Partial payment per settlement and Order Doc #281 | 1110-000 | 3,750.00 | | 36,415.63 |
| 08/09/18 | 103 | Trustee Insurance Agency | Invoice #10613 | 2420-000 | | 518.46 | 35,897.17 |
| 08/15/18 | 104 | International Sureties, Ltd. | Chapter 7 Blanket Bond 8-1-2018 thru 8-1-2019 | 2300-000 | | 28.23 | 35,868.94 |
| 08/22/18 | | Four Corners Title Company | Closing/Net Proceeds: 101 Speedway Dr., Gallup, NM | | 7,500.00 | | 43,368.94 |

Page Subtotals: $71,500.00 $28,131.06

Case 15-11758-t7    Doc 420    Filed 07/27/22    Entered 07/27/22 08:55:56 Page 7 of 15

{ } Asset Reference(s)                                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 15-11758 | Trustee Name: | Edward Mazel (510070) |
|---|---|---|---|
| Case Name: | DUCKETT, TOM | Bank Name: | Mechanics Bank |
| | DUCKETT, MICHELLE | Account #: | ******7500 Checking |
| Taxpayer ID #: | **-***5407 | Blanket Bond (per case limit): | $6,638,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {4} | Bishop Twin Buttes LLc | Funds received $56,282.14 | 1110-000 | | | |
| | | BK Global | Commission -$604.00 | 3510-000 | | | |
| | | Keller Williams | Commission -$1,100.00 | 3991-000 | | | |
| | | Bank of America | Payoff of First Mortgage -$44,128.25 | 4110-000 | | | |
| | | Four Corners Title Company | Payment of Misc. Closing Costs -$1,799.89 | 2500-000 | | | |
| | | Travis Birdsong | Commission -$1,100.00 | 3510-000 | | | |
| | | McKinley County Clerk | Recording Fees -$50.00 | 2700-000 | | | |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.61 | 43,314.33 |
| 09/20/18 | {1} | TOM DUCKETT | Partial payment per settlement and Order Doc #281 | 1110-000 | 3,000.00 | | 46,314.33 |
| 09/20/18 | {1} | Tom Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 1,750.00 | | 48,064.33 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.26 | 48,030.07 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.42 | 47,986.65 |
| 11/20/18 | {1} | Tom Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 5,000.00 | | 52,986.65 |
| 11/20/18 | 105 | Trustee Resource Group | Invoice #10927 | 2420-000 | | 518.46 | 52,468.19 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.79 | 52,427.40 |
| 12/11/18 | {1} | Tom Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 1,000.00 | | 53,427.40 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.14 | 53,385.26 |
| 01/09/19 | {1} | Tom Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 4,000.00 | | 57,385.26 |
| 01/28/19 | 106 | Trustee Insurance Agency | Invoice #11335 Voided on 02/27/2019 | 2420-000 | | 518.46 | 56,866.80 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.67 | 56,816.13 |
| 02/13/19 | {1} | Tom Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 4,000.00 | | 60,816.13 |
| 02/25/19 | | Trustee Insurance Agency, Inc | Refund for Insurance Coverage on Property | 2420-000 | | -518.46 | 61,334.59 |
| 02/27/19 | 106 | Trustee Insurance Agency | Invoice #11335 Voided: check issued on 01/28/2019 | 2420-000 | | -518.46 | 61,853.05 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******3589 | Transition Debit to Metropolitan Commercial Bank acct 3910013589 | 9999-000 | | 61,853.05 | 0.00 |

Page Subtotals: $18,750.00 $62,118.94

Case 15-11758-t7    Doc 420    Filed 07/27/22    Entered 07/27/22 08:55:56 Page 8 of 15

{ } Asset Reference(s)        ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | |
|---|---|---|
| Case No.: | 15-11758 | |
| Case Name: | DUCKETT, TOM | |
| | DUCKETT, MICHELLE | |
| Taxpayer ID #: | **-***5407 | |
| For Period Ending: | 06/30/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Edward Mazel (510070) | |
| Bank Name: | Mechanics Bank | |
| Account #: | ******7500 Checking | |
| Blanket Bond (per case limit): | $6,638,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 90,250.00 | 90,250.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 61,853.05 | |
| | | Subtotal | | | 90,250.00 | 28,396.95 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $90,250.00 | $28,396.95 | |

{ } Asset Reference(s)                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 15-11758 | Trustee Name: | Edward Mazel (510070) |
|---|---|---|---|
| Case Name: | DUCKETT, TOM | Bank Name: | Metropolitan Commercial Bank |
| | DUCKETT, MICHELLE | Account #: | ******3589 Checking Account |
| Taxpayer ID #: | **-***5407 | Blanket Bond (per case limit): | $6,638,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******7500 | Transition Credit from Rabobank, N.A. acct 5019717500 | 9999-000 | 61,853.05 | | 61,853.05 |
| 03/19/19 | {1} | Tommy Duckett | Partial payment per settlement and Order Doc #281 | 1110-000 | 4,000.00 | | 65,853.05 |
| 06/18/19 | {1} | Tom Duckett | Past due payments per the settlement agreement Doc. 281 | 1110-000 | 12,000.00 | | 77,853.05 |
| 06/18/19 | | Four Corners Title Company | Net Proceeds from Sale of 146 Cousins Rd. Vanderwagon, NM | | 5,361.44 | | 83,214.49 |
| | {5} | Weldon and Audra Cobb | Sales Price $16,500.00 | 1110-000 | | | |
| | | Birdsong Auction Real Estate | Commission -$1,500.00 | 3510-000 | | | |
| | | Birdsong Auction & Real Estate | Marketing Expenses -$3,500.00 | 3520-000 | | | |
| | | Four Corners Title Company | Closing fee, Title insurance, recording fees -$467.28 | 2500-000 | | | |
| | | McKinley County Property Taxes | County and property taxes -$5,671.28 | 2820-000 | | | |
| 06/26/19 | {1} | Tom Duckett | Past due payments on settlement agreement 281 | 1110-000 | 4,000.00 | | 87,214.49 |
| 06/26/19 | {1} | Tom Duckett and Michelle Duckett | Past payment on Settlement Agreement Doc. 281 | 1110-000 | 300.00 | | 87,514.49 |
| 07/02/19 | {1} | Tom Duckett | Past due payments on settlement agreement 281 | 1110-000 | 700.00 | | 88,214.49 |
| 07/12/19 | {1} | Tom Duckett | Past payment on Settlement Agreement Doc. 281 | 1110-000 | 1,000.00 | | 89,214.49 |
| 07/12/19 | {1} | Tom Duckett | Past payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 89,714.49 |
| 07/31/19 | {1} | Tommy Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 3,000.00 | | 92,714.49 |
| 08/20/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 1,000.00 | | 93,714.49 |
| 08/20/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 94,214.49 |
| 08/20/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 94,714.49 |
| 08/20/19 | 1000 | International Sureties, Ltd. | Chapter 7 Blanket Bond New Mexico | 2300-000 | | 49.04 | 94,665.45 |
| 09/20/19 | {1} | TOM DUCKETT, MICHELLE DUCKETT | Payment on Settlement Agreement Doc. 281 | 1110-000 | 1,000.00 | | 95,665.45 |
| 09/20/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 498.00 | | 96,163.45 |
| 09/20/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 96,663.45 |
| 09/20/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 505.00 | | 97,168.45 |
| 10/07/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 1,000.00 | | 98,168.45 |
| 10/07/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 1,000.00 | | 99,168.45 |

Page Subtotals: $99,217.49 $49.04

Case 15-11758-t7  Doc 420  Filed 07/27/22  Entered 07/27/22 08:55:56 Page 10 of 15

{ } Asset Reference(s)                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 15-11758 | Trustee Name: | Edward Mazel (510070) |
| --- | --- | --- | --- |
| Case Name: | DUCKETT, TOM | Bank Name: | Metropolitan Commercial Bank |
| | DUCKETT, MICHELLE | Account #: | ******3589 Checking Account |
| Taxpayer ID #: | **-***5407 | Blanket Bond (per case limit): | $6,638,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/07/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 1,000.00 | | 100,168.45 |
| 10/07/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 100,668.45 |
| 10/07/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 101,168.45 |
| 10/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 300.00 | | 101,468.45 |
| 10/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement Doc. 281 | 1110-000 | 500.00 | | 101,968.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 102,468.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 102,968.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 103,468.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 103,968.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 450.00 | | 104,418.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 200.00 | | 104,618.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 550.00 | | 105,168.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 950.00 | | 106,118.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 106,618.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 107,118.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 107,618.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 108,118.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 108,618.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 109,118.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 390.00 | | 109,508.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 697.00 | | 110,205.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 110,705.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 111,205.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 111,705.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 112,205.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 112,705.45 |
| 12/09/19 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc. 281) | 1110-000 | 500.00 | | 113,205.45 |

Page Subtotals: $14,037.00   $0.00

Case 15-11758-t7    Doc 420    Filed 07/27/22    Entered 07/27/22 08:55:56 Page 11 of 15

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 15-11758 | | Trustee Name: | | Edward Mazel (510070) | |
| Case Name: | DUCKETT, TOM | | Bank Name: | | Metropolitan Commercial Bank | |
| | DUCKETT, MICHELLE | | Account #: | | ******3589 Checking Account | |
| Taxpayer ID #: | **-***5407 | | Blanket Bond (per case limit): | | $6,638,000.00 | |
| For Period Ending: | 06/30/2022 | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.47 | 113,114.98 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 180.79 | 112,934.19 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 174.49 | 112,759.70 |
| 06/08/20 | 1001 | Trustee Resource Group | Quarterly Insurance on Aztec Property (Doc. No. 349) | 2420-750 | | 1,001.75 | 111,757.95 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 191.65 | 111,566.30 |
| 07/31/20 | {1} | Tom Duckett | Payment on Settlement Agreement (Doc 281) | 1110-000 | 24,960.00 | | 136,526.30 |
| 07/31/20 | {1} | Tommy Ducket | Payment on Settlement Agreement (Doc 281) | 1110-000 | 55,040.00 | | 191,566.30 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 184.26 | 191,382.04 |
| 08/19/20 | 1002 | International Sureties, Ltd. | Bond # 016024923 | 2300-000 | | 124.06 | 191,257.98 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 295.69 | 190,962.29 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 325.75 | 190,636.54 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 304.70 | 190,331.84 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 294.07 | 190,037.77 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 334.15 | 189,703.62 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 293.88 | 189,409.74 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 283.33 | 189,126.41 |
| 03/26/21 | {1} | Gallup Auto Detailing | Final Payment on Aztec Property | 1110-000 | 10,395.42 | | 199,521.83 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 336.20 | 199,185.63 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 319.24 | 198,866.39 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 297.48 | 198,568.91 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 350.07 | 198,218.84 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.69 | 197,901.15 |
| 08/26/21 | 1003 | International Sureties, Ltd. | C7 Blanket Bond New Mexico 8/01/2021 to 8/01/2022 | 2300-000 | | 134.19 | 197,766.96 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 338.32 | 197,428.64 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 316.49 | 197,112.15 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 305.38 | 196,806.77 |
| 11/10/21 | 1004 | Taxation and Revenue Department | Estate Tax Return ending 12/31/2016 Tom Duckett, FEIN: 30-6585407 | 2820-000 | | 2,701.00 | 194,105.77 |

Page Subtotals: $90,395.42   $9,495.10

Case 15-11758-t7   Doc 420   Filed 07/27/22   Entered 07/27/22 08:55:56 Page 12 of 15

{ } Asset Reference(s)                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-11758 | Trustee Name: | Edward Mazel (510070) |
|---|---|---|---|
| Case Name: | DUCKETT, TOM | Bank Name: | Metropolitan Commercial Bank |
| | DUCKETT, MICHELLE | Account #: | ******3589 Checking Account |
| **Taxpayer ID #:** | **-***5407 | **Blanket Bond (per case limit):** | $6,638,000.00 |
| **For Period Ending:** | 06/30/2022 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/21 | 1005 | Internal Revenue Service | Estate Tax Return ending 12/31/2016; Tom Duckett, FEIN: 30-6585407 | 2810-000 | | 29,186.00 | 164,919.77 |
| 11/10/21 | 1006 | Internal Revenue Service | Estate Tax Return ending 12/31/2017; Tom Duckett, FEIN: 30-6585407 Voided on 03/25/2022 | 2810-000 | | 7,707.00 | 157,212.77 |
| 11/10/21 | 1007 | Taxation and Revenue Department | Estate Tax Return ending 12/31/2017; Tom Duckett, FEIN: 30-6585407 | 2820-000 | | 1,129.00 | 156,083.77 |
| 11/10/21 | 1008 | Taxation and Revenue Department | Estate Tax Return ending 12/31/2016; Michelle Duckett, FEIN: 87-6555904 | 2820-000 | | 2,701.00 | 153,382.77 |
| 11/10/21 | 1009 | Internal Revenue Service | Estate Tax Return ending 12/31/2016; Michelle Duckett, FEIN: 87-6555904 | 2810-000 | | 29,184.00 | 124,198.77 |
| 11/10/21 | 1010 | Internal Revenue Service | Estate Tax Return ending 12/31/2017; Michelle Duckett, FEIN: 87-6555904 Voided on 03/25/2022 | 2810-000 | | 7,707.00 | 116,491.77 |
| 11/10/21 | 1011 | Taxation and Revenue Department | Estate Tax Return ending 12/31/2017; Michelle Duckett, FEIN: 87-6555904 | 2820-000 | | 1,129.00 | 115,362.77 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 314.60 | 115,048.17 |
| 12/06/21 | 1012 | Askew & White, LLC | Order Granting Second Interim Fee Application (Doc. 413) | | | 24,741.20 | 90,306.97 |
| | | Askew & White, LLC | Order Granting Second Interim Fee Application (Doc. 413) $21,240.00 | 3210-000 | | | |
| | | Askew & White, LLC | Order Granting Second Interim Fee Application (Doc. 413) $3,501.20 | 3220-000 | | | |
| 12/06/21 | 1013 | CliftonLarsonAllen LLP | Order Granting First Interim Fee Application (Doc. 414) | | | 10,554.87 | 79,752.10 |
| | | CliftonLarsonAllen LLP | Order Granting First Interim Fee Application (Doc. 414) $9,784.35 | 3410-000 | | | |
| | | CliftonLarsonAllen LLP | Order Granting First Interim Fee Application (Doc. 414) $770.52 | 3420-000 | | | |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 179.09 | 79,573.01 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 147.16 | 79,425.85 |
| 02/16/22 | 1014 | Taxation and Revenue Department | NM Fiduciary Income Tax Return ending 12/31/2021, Michelle Duckett | 2820-000 | | 538.00 | 78,887.85 |
| 02/16/22 | 1015 | Taxation and Revenue Department | NM Fiduciary Income Tax Return ending 12/31/2021, Tom Duckett | 2820-000 | | 538.00 | 78,349.85 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 141.76 | 78,208.09 |
| 03/25/22 | 1006 | Internal Revenue Service | Estate Tax Return ending 12/31/2017; Tom Duckett, FEIN: 30-6585407 Voided: check issued on 11/10/2021 | 2810-000 | | -7,707.00 | 85,915.09 |

Page Subtotals: $0.00 $108,190.68

Case 15-11758-t7 Doc 420 Filed 07/27/22 Entered 07/27/22 08:55:56 Page 13 of 15

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 15-11758 | Trustee Name: | Edward Mazel (510070) |
|---|---|---|---|
| Case Name: | DUCKETT, TOM | Bank Name: | Metropolitan Commercial Bank |
| | DUCKETT, MICHELLE | Account #: | ******3589 Checking Account |
| Taxpayer ID #: | **-***5407 | Blanket Bond (per case limit): | $6,638,000.00 |
| For Period Ending: | 06/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/22 | 1010 | Internal Revenue Service | Estate Tax Return ending 12/31/2017; Michelle Duckett, FEIN: 87-6555904 Voided: check issued on 11/10/2021 | 2810-000 | | -7,707.00 | 93,622.09 |
| 03/25/22 | 1016 | Internal Revenue Service | Estate Tax Return ending 12/31/2017; Tom Duckett, FEIN: 30-6585407 | 2810-000 | | 7,707.00 | 85,915.09 |
| 03/25/22 | 1017 | Internal Revenue Service | Estate Tax Return ending 12/31/2017; Michelle Duckett, FEIN: 87-6555904 | 2810-000 | | 7,707.00 | 78,208.09 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 165.07 | 78,043.02 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 126.67 | 77,916.35 |
| 05/09/22 | 1018 | CliftonLarsonAllen LLP | Order Granting Second and Final Fee Application (Doc. 417) | | | 4,424.85 | 73,491.50 |
| | | CliftonLarsonAllen LLP | Order Granting Second and Final Fee Application (Doc. 417) $3,906.50 | 3410-000 | | | |
| | | CliftonLarsonAllen LLP | Order Granting Second and Final Fee Application (Doc. 417) $518.35 | 3420-000 | | | |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 118.82 | 73,372.68 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.37 | 73,243.31 |
| | | **COLUMN TOTALS** | | | 203,649.91 | 130,406.60 | $73,243.31 |
| | | | Less: Bank Transfers/CDs | | 61,853.05 | 0.00 | |
| | | **Subtotal** | | | 141,796.86 | 130,406.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $141,796.86 | $130,406.60 | |

Case 15-11758-t7    Doc 420    Filed 07/27/22    Entered 07/27/22 08:55:56 Page 14 of 15

{ } Asset Reference(s)                                                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-11758 | **Trustee Name:** | Edward Mazel (510070) |
| **Case Name:** | DUCKETT, TOM<br>DUCKETT, MICHELLE | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******3589 Checking Account |
| **Taxpayer ID #:** | **-***5407 | **Blanket Bond (per case limit):** | $6,638,000.00 |
| **For Period Ending:** | 06/30/2022 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $232,046.86 |
| Plus Gross Adjustments: | $59,920.70 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $291,967.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7500 Checking | $90,250.00 | $28,396.95 | $0.00 |
| ******3589 Checking Account | $141,796.86 | $130,406.60 | $73,243.31 |
| | $232,046.86 | $158,803.55 | $73,243.31 |